COPY

JEFFREY M. TANENBAUM, State Bar No. 104951
JOSHUA M. HENDERSON, State Bar No. 197435
MATTHEW J. FRANKEL, State Bar No. 256633
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax: (415) 984-8300

Attorneys for Defendant
USS-POSCO INDUSTRIES (erroneously named in the Complaint as "United States Steel Co. dba USS-Posco Industries")

E-filing
ORIGINAL FILED
JUL - 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JCS

CV 08 3239

ANTHONY MEJIA,

            Plaintiff,

vs.

UNITED STATES STEEL CO. dba USS-POSCO INDUSTRIES and DOES 1-10, inclusive,

            Defendants.

Case No. _____

**DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

**Local Rule 3-16**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that pursuant to L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    1.    Pitcal, Inc. – general partner of USS-POSCO Industries ("UPI");

    2.    United States Steel Corp. – parent corporation of Pitcal, Inc.

    3.    Posco-California Corp. – general partner of UPI

| | | |
|---|---|---|
|1| 4. | POSCO America Corp. – parent corporation of Posco-California Corp. |
|2| 5. | POSCO – parent corporation of POSCO America Corp. |

DATED: 7-3-08

Respectfully submitted,

NIXON PEABODY LLP

By: /s/ John M. Ne___

JEFFREY M. TANENBAUM
JOSHUA M. HENDERSON
MATTHEW J. FRANKEL
Attorneys for Defendant
USS-POSCO INDUSTRIES

| DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS | -2- | 11074609.1 |

PROOF OF SERVICE

CASE NAME: MEJIA v. UNITED STATES STEEL CO.
COURT: USDC – NORTHERN DISTRICT
CASE NO.:
NP FILE: 031308.8

I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is One Embarcadero Center, 18th Floor, San Francisco, California 94111-3600. On this date, I served the following document(s):

**DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

✓ : By First-Class Mail — I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the United States Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in San Francisco, California, for mailing to the office of the addressee following ordinary business practices.

____ : By Personal Service — I caused each such envelope to be given to a courier messenger to personally deliver to the office of the addressee.

____ : By Overnight Courier — I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

____ : By Facsimile — From facsimile number at approximately A.M./P.M., I caused each such document to be transmitted by facsimile machine, to the parties and numbers listed below, pursuant to Rule 2008. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration.

Addressee(s)

Kathleen A. McCormac, Esq.
McCormac & Associates
655 Montgomery St., Suite 1200
San Jose, CA 94111
T: (415) 399-1722

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 3, 2008, at San Francisco, California.

_____
Carol C. Dowling

- 1 -

11074722.1