JEFFREY M. TANENBAUM, State Bar No. 104951
JOSHUA M. HENDERSON, State Bar No. 197435
MATTHEW J. FRANKEL, State Bar No. 256633
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax: (415) 984-8300

Attorneys for Defendant
USS-POSCO INDUSTRIES (erroneously named in the Complaint as "United States Steel Co. dba USS-Posco Industries")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MEJIA,<br><br>              Plaintiff,<br><br>vs.<br><br>UNITED STATES STEEL CO. dba USS-POSCO INDUSTRIES and DOES 1-10, inclusive,<br><br>              Defendants. | Case No. C08-03239 JCS<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

CASE NAME: MEJIA v. UNITED STATES STEEL CO.
COURT: USDC – NORTHERN DISTRICT
CASE NO.: C08-03239 JCS
NP FILE: 031308.8

    I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is One Embarcadero Center, 18th Floor, San Francisco, California 94111-3600. On this date, I served the following document(s):

    ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

    BOOKLET: Consenting to A Magistrate Judge's Jurisdiction in the Northern District of California

    CIVIL STANDING ORDERS FOR MAGISTRATE JUDGE JOSEPH C. SPERO

    STANDING ORDER RE: CASE MANAGEMENT CONFERENCE

    STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA

    NOTICE OF RULE DISCONTINUING SERVICE BY MAIL

    WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO

    U.S. DISTRICT COURT NORTHERN CALIFORNIA – ECF REGISTRATION INFORMATION HANDOUT

    NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL
    -Consent To Proceed Before A United States Magistrate Judge
    -Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

    √: By First-Class Mail — I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the United States Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in San Francisco, California, for mailing to the office of the addressee following ordinary business practices.

    ____: By Personal Service — I caused each such envelope to be given to a courier messenger to personally deliver to the office of the addressee.

    ____: By Overnight Courier — I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

    ____: By Facsimile — From facsimile number (415) 984-8300 at approximately _____A.M./P.M., I caused each such document to be transmitted by facsimile machine, to the parties and numbers listed below, pursuant to Rule 2008. The facsimile machine I used complied with Rule 2003(3) and no error

1  was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission.

Addressee(s)

Kathleen A. McCormac, Esq.
McCormac & Associates
655 Montgomery St., Suite 1200
San Jose, CA 94111
T: (415) 399-1722

   I declare under penalty of perjury that the foregoing is true and correct. Executed on July 7, 2008, at San Francisco, California.

*Carol C. Dowling*

11074735.1