JEFFREY M. TANENBAUM, State Bar No. 104951
JOSHUA M. HENDERSON, State Bar No. 197435
MATTHEW J. FRANKEL, State Bar No. 256633
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax: (415) 984-8300
jtanenbaum@nixonpeabody.com
jhenderson@nixonpeabody.com
mfrankel@nixonpeabody.com

Attorneys for Defendant
USS-POSCO INDUSTRIES (erroneously named in the Complaint
as "United States Steel Co. dba USS-Posco Industries")

KATHLEEN A. McCORMAC (SB# 159012)  kmccormac@mccormaclaw.com
SETH R. MERRICK (SB# 231607)  smerrick@mccormaclaw.com
MCCORMAC & ASSOCIATES
655 Montgomery Street
Suite 1200
San Francisco, CA 94111
Telephone: (415) 399-1722
Facsimile: (415) 399-1733
Attorneys for Plaintiff Anthony Mejia

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MEJIA,<br><br>                PLAINTIFF,<br><br>        vs.<br><br>UNITED STATES STEEL CO. d/b/a USS-POSCO INDUSTRIES and DOES 1-10, inclusive<br><br>                DEFENDANT(S). | Case No. C08-03239 WHA<br><br>**STIPULATION CONTINUING LAST DATE TO COMPLETE MEDIATION; [PROPOSED] ORDER** |

/ / /

/ / /

/ / /

/ / /

-1-

STIPULATION CONTINUING LAST DATE TO COMPLETE MEDIATION; [PROPOSED] ORDER

1    Plaintiff ANTHONY MEJIA ("Plaintiff") and Defendant USS-POSCO INDUSTRIES

2    ("Defendant"), by and through their respective attorneys of record, hereby stipulate and request this

3    Court to issue an Order continuing the time within which the parties may complete mediation in this

4    action based on the following:

5

6    1.    On October 16, 2008, the Court issued a Scheduling Order in the above-captioned

7    case requiring, *inter alia*, that the parties complete private mediation by December 31, 2008.

8

9    2.    Due to the parties' and the agreed-upon mediator's scheduling conflicts, mediation

10    could not be set prior to the Court's December 31, 2008 deadline.  Mediation is currently set for

11    January 9, 2009.

12    3.    The requested brief extension of the mediation deadline will not affect any other

13    court-imposed deadline.

14

15    THEREFORE, the parties hereto stipulate and request that the Court enter an Order

16    continuing the time within which the parties may complete mediation to January 16, 2009.

17

18

19
IT IS SO STIPULATED:
20

21    Date: November 6, 2008                    McCORMAC & ASSOCIATES

22

23    _____

24    KATHLEEN A. McCORMAC
      SETH R. MERRICK
25    Attorneys for Plaintiff
      ANTHONY MEJIA

26

27

28

-2-

**STIPULATION CONTINUING LAST DATE TO COMPLETE MEDIATION; [PROPOSED] ORDER**

McCORMAC & ASSOCIATES

1

Date: November 6, 2008

2

NIXON PEABODY LLP

3

/s/

4

_____

MATTHEW J. FRANKEL

5

Attorneys for Defendant

USS-POSCO INDUSTRIES

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McCormac
&
Associates

-3-

STIPULATION CONTINUING LAST DATE TO COMPLETE MEDIATION; [PROPOSED] ORDER

## [PROPOSED] ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the deadline for completion of mediation, presently December 31, 2008, be continued to January 16, 2009.

**Date:** _November 7, 2008_

UNITED STATES _____ JUDGE

*IT IS SO ORDERED*
*Judge William Alsup*

-4-

**STIPULATION CONTINUING LAST DATE TO COMPLETE MEDIATION; [PROPOSED] ORDER**

McCormac & Associates